# Exhibit 1

US00D902588S

(12) **United States Design Patent**  (10) Patent No.:     **US D902,588 S**
Zhang                                   (45) Date of Patent:  ** Nov. 24, 2020

(54) **BLUETOOTH HEADSET CHARGING CASE**

(71) Applicant: **Qin Zhang**, Tongling (CN)

(72) Inventor: **Qin Zhang**, Tongling (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/739,641**

(22) Filed: **Jun. 28, 2020**

(30) **Foreign Application Priority Data**

Feb. 11, 2020 (CN) .......................... 2020 3 0048835

(51) **LOC (12) Cl.** .............................................. **03-01**
(52) **U.S. Cl.**
    USPC .......................................... **D3/294**; D3/295
(58) **Field of Classification Search**
    USPC ........ D3/201, 203.1, 203.3, 203.6, 205, 218,
                D3/272–273, 294–295, 301, 319;
                D9/414, 418, 423–426, 430, 432,
                D9/455–457, 721, 737; D28/83
    CPC ... A45C 11/16; A47F 7/03; A47F 7/02; A47G
                23/06; A61B 2019/5208
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D806,388 | S | * | 1/2018 | Akana | D3/294 |
| D818,268 | S | * | 5/2018 | Akana | D3/294 |
| D841,581 | S |   | 2/2019 | Bonahoom et al. | |
| D846,264 | S | * | 4/2019 | Wu | D3/201 |
| D849,401 | S |   | 5/2019 | Akana et al. | |
| D851,913 | S |   | 6/2019 | Yu | |
| D863,261 | S | * | 10/2019 | Zhu | D14/223 |
| D873,217 | S | * | 1/2020 | Zhang | D13/108 |
| D878,048 | S | * | 3/2020 | Wang | D3/294 |
| D886,453 | S | * | 6/2020 | Wright | D3/294 |
| D887,351 | S | * | 6/2020 | Bonahoom | D13/108 |
| D888,664 | S | * | 6/2020 | Ma | D13/108 |
| D890,091 | S | * | 7/2020 | Cramer | D13/108 |

* cited by examiner

Primary Examiner — Holly E Thurman
(74) Attorney, Agent, or Firm — HYIP

(57) **CLAIM**

The ornamental design for a bluetooth headset charging case, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a bluetooth headset charging case showing my new design;
FIG. **2** is a second perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof;
FIG. **8** is a bottom view thereof; and,
FIG. **9** is a perspective view of another state of the bluetooth headset charging case thereof.
The broken lines shown in the drawings depict portions of the bluetooth headset charging case that form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9